Glenn R. Kantor, Esq. State Bar No. 110678
 e-mail: gkantor@kantorlaw.net
Beth A. Davis State Bar No. 277560
 e-mail: bdavis@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

**Attorney for Plaintiff,**
**NICHOLAS CIRIELLO**

AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

WOOD W. LAY (*admitted pro hac vice*)
wlay@winston.com
WINSTON & STRAWN LLP
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350 7800

**Attorneys for Defendant**
**BANK OF AMERICA GROUP BENEFITS PROGRAM**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS CIRIELLO,<br><br>         Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA GROUP BENEFITS PROGRAM,<br><br>         Defendant. | Case No.: C 13-0430 JSW<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1   IT IS HEREBY STIPULATED by and between plaintiff Nicholas Ciriello and defendant Bank of America Group Benefits Program, through their attorneys of record, that the Case Management Conference be continued briefly for good cause as follows:

One April 16, 2013, the court issued an Order Setting Case Management Conference for May 17, 2013 at 1:30 p.m.;

Glenn Kantor, lead counsel for plaintiff, has a long standing mediation scheduled on that date regarding another matter that would be very difficult to reschedule. The mediation is set to take place in Los Angeles, so attending the Case Management Conference and the mediation would not be possible.

As a result, the parties propose that the Case Management Conference be continued to May 31, 2013 with the Joint Case Management Conference Statement due May 24, 2013, or the nearest convenient dates for the Court.

DATED: May 9, 2013                     KANTOR & KANTOR, LLP


                                       By:    /s/ Glenn R. Kantor
                                              Glenn R. Kantor
                                              Attorneys for Plaintiff
                                              NICHOLAS CIRIELLO


DATED: May 9, 2013                     WINSTON & STRAWN LLP


                                       By:    /s/ Wood W. Lay
                                              Amanda L. Groves
                                              Wood W. Lay
                                              Winston & Strawn LLP
                                              Attorneys for Defendant
                                              BANK OF AMERICA GROUP
                                              BENEFITS PROGRAM

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, the Court orders that the Case Management Conference be continued to __May 31__, 2013 with the Case Management Statement due __May 24__, 2013.

IT IS SO ORDERED.

DATED: May 10, 2013

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE