Glenn R. Kantor, Esq. State Bar No. 110678
 e-mail: gkantor@kantorlaw.net
Beth A. Davis, Esq. State Bar No. 277560
 e-mail: bdavis@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

**Attorney for Plaintiff,
NICHOLAS CIRIELLO**

AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
SEAN D. MEENAN (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

WOOD W. LAY (*admitted pro hac vice*)
wlay@winston.com
WINSTON & STRAWN LLP
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350 7800

**Attorneys for Defendant
BANK OF AMERICA GROUP BENEFITS
PROGRAM**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS CIRIELLO, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA GROUP BENEFITS PROGRAM, <br><br><br><br> Defendant. | Case No.: C 13-0430 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and having fully resolved and settled this action, Plaintiff NICHOLAS CIRIELLO and Defendant BANK OF AMERICA GROUP BENEFITS PROGRAM, by and through their respective counsel of record, hereby stipulate that this action, including all claims asserted in the action, is dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees.

DATED: January 6, 2014                              KANTOR & KANTOR, LLP

                                                    By:      */s/ Glenn R. Kantor*
                                                             Glenn R. Kantor
                                                             Attorneys for Plaintiff
                                                             NICHOLAS CIRIELLO

DATED: January 6, 2014                              WINSTON & STRAWN LLP

                                                    By:      */s/ Wood W. Lay*
                                                             Amanda L. Groves
                                                             Wood W. Lay
                                                             Winston & Strawn LLP
                                                             Attorneys for Defendant
                                                             BANK OF AMERICA GROUP
                                                             BENEFITS PROGRAM

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED:   January 7, 2014

                                                    HONORABLE JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE